**Order entered April 10, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00429-CV

## IN RE THE REYNOLDS AND REYNOLDS COMPANY AND RICHARD RAUCH, Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-06553-2019**

### ORDER

Based on the Court's opinion of this date, we **GRANT** relators' April 9, 2020 motion and **DISMISS** this original proceeding without prejudice.

/s/     BILL PEDERSEN, III
JUSTICE